UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-1732

BRYAN KEITH JENKINS,

Plaintiff - Appellant,

versus

NICHOLAS RINALDI, individually and in his
official capacity as Manager, Postal Distribu-
tion Center, U.S. Postal Service; IONA NOBLE,
individually and in her official capacity as
Supervisor, U.S. Postal Service; WILLIAM J.
HENDERSON, in his official capacity as Post-
master General, Allegheny/Mid-Atlantic Area,

Defendants - Appellees.

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Durham.  N. Carlton Tilley, Jr., Chief
District Judge.  (CA-99-629)

Submitted:  February 1, 2002      Decided:  February 12, 2002

Before WIDENER, WILKINS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Knox Kent Lively III, Greensboro, North Carolina, for Appellant.
Anna Mills Wagoner, United States Attorney, Lynne P. Klauer, As-
sistant United States Attorney, Greensboro, North Carolina; Eric J.
Scharf, Managing Counsel, David G. Karro, UNITED STATES POSTAL
SERVICE, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bryan Keith Jenkins appeals the district court's order dismissing his various claims that officials of the United States Postal Service violated his civil rights. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Jenkins v. Rinaldi</u>, No. CA-99-629 (M.D.N.C. Mar. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2